UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. <u>2:05M2038-006</u> |
| | ) | |
| SERGIO PEDRAZA | ) | |

### ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Complaint filed in the above-entitled and numbered cause on September 7, 2005, be on the same day hereby dismissed without prejudice.

Entered on this 27th day of September, 2005.

Honorable Beverly S. Jones
U.S. Magistrate Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 2 7 2005

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK